# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Scheffki, Daniel H  | § | Case No. 07 B 17310 |
|--------|---------------------|---|---------------------|
|        | Scheffki, Mary M    | § |                     |
|        | Debtors             | § |                     |
|        |                     | § |                     |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)    The case was filed on 09/21/2007.

    2)    The plan was confirmed on 11/19/2007.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

    5)    The case was converted on 07/13/2010.

    6)    Number of months from filing or conversion to last payment: 34.

    7)    Number of months case was pending: 35.

    8)    Total value of assets abandoned by court order: (NA).

    9)    Total value of assets exempted: $36,198.96.

    10)    Amount of unsecured claims discharged without full payment: $0.

    11)    All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $28,700.00 |
| Less amount refunded to debtor | $2,928.10 |

**NET RECEIPTS:** $25,771.90

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,834.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,654.35 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,488.35

Attorney fees paid and disclosed by debtor     $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chase Home Finance | Secured | $101,507.00 | $99,839.20 | $99,839.20 | $0 | $0 |
| Chase Home Finance | Secured | $4,059.00 | $4,058.55 | $4,058.55 | $4,058.55 | $0 |
| National Auto Finance Co | Secured | $17,083.00 | $17,083.00 | $17,083.00 | $17,083.00 | $142.00 |
| Village of Lansing | Secured | $111.50 | NA | NA | $0 | $0 |
| Adult Adolescent Orthodontics | Unsecured | $2,225.00 | $2,225.00 | $2,225.00 | $0 | $0 |
| AIS Services | Unsecured | $894.00 | $907.29 | $907.29 | $0 | $0 |
| Allied Interstate | Unsecured | $93.61 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $259.19 | NA | NA | $0 | $0 |
| Blatt Hasenmiller Leibsker & Moore | Unsecured | $1,028.62 | NA | NA | $0 | $0 |
| Capital One Auto Finance | Unsecured | $612.00 | $612.00 | $612.00 | $0 | $0 |
| Cbe Group | Unsecured | $562.86 | NA | NA | $0 | $0 |
| Check America | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $315.51 | $315.84 | $315.84 | $0 | $0 |
| CST Co | Unsecured | $103.87 | NA | NA | $0 | $0 |
| Custom Collection | Unsecured | $575.00 | $575.00 | $575.00 | $0 | $0 |
| Dependon Collection Service | Unsecured | $165.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $148.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dependon Collection Service | Unsecured | $107.00 | NA | NA | $0 | $0 |
| Dial America Marketing Inc | Unsecured | $39.95 | NA | NA | $0 | $0 |
| Eastern Collection Corp. | Unsecured | $48.27 | NA | NA | $0 | $0 |
| Eastern Collection Corp. | Unsecured | $90.16 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $404.00 | $404.59 | $404.59 | $0 | $0 |
| ECast Settlement Corp | Unsecured | $445.00 | $445.10 | $445.10 | $0 | $0 |
| Elsevier | Unsecured | $43.25 | NA | NA | $0 | $0 |
| Great Lakes Specialty Finance | Unsecured | $1,115.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $923.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $923.91 | NA | NA | $0 | $0 |
| Ingalls Memorial Hospital | Unsecured | $540.90 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $882.00 | $884.01 | $884.01 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,057.00 | $1,056.51 | $1,056.51 | $0 | $0 |
| Jeffrey Sarbieski | Unsecured | $181.30 | NA | NA | $0 | $0 |
| Komyattee & Associates | Unsecured | $218.00 | NA | NA | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $60.00 | NA | NA | $0 | $0 |
| MCS | Unsecured | $113.40 | NA | NA | $0 | $0 |
| Mid American Psych | Unsecured | $510.12 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $161.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $699.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $169.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $569.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $401.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $212.00 | NA | NA | $0 | $0 |
| National Auto Finance Co | Unsecured | NA | $0.14 | $0.14 | $0 | $0 |
| National Credit Audit Corporat | Unsecured | $19.95 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $444.05 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $65.55 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $1,040.00 | $1,040.24 | $1,040.24 | $0 | $0 |
| North Shore Agency Inc | Unsecured | $31.90 | NA | NA | $0 | $0 |
| Northway Financial Corporation | Unsecured | $1,651.00 | NA | NA | $0 | $0 |
| Oberweis Dairy | Unsecured | $388.02 | $388.02 | $388.02 | $0 | $0 |
| Professional Recovery System | Unsecured | $228.16 | NA | NA | $0 | $0 |
| Radiology Imaging Consultants | Unsecured | $382.00 | NA | NA | $0 | $0 |
| Riddle & Associates | Unsecured | $402.72 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $250.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $279.00 | $279.27 | $279.27 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Shahida Tanveer MD | Unsecured | $263.20 | NA | NA | $0 | $0 |
| South Suburban Cardiology | Unsecured | $36.00 | NA | NA | $0 | $0 |
| Southwest Laboratory Physican | Unsecured | $316.00 | NA | NA | $0 | $0 |
| Van Ru Credit Corporation | Unsecured | $76.80 | NA | NA | $0 | $0 |
| Village of Lansing | Unsecured | $250.00 | $575.00 | $575.00 | $0 | $0 |
| William Alexander | Unsecured | $10.00 | $10.00 | $10.00 | $0 | $0 |
| Wolters Kluwer | Unsecured | $29.27 | NA | NA | $0 | $0 |
| Wolters Kluwer | Unsecured | $61.01 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $99,839.20 | $0 | $0 |
| Mortgage Arrearage | $4,058.55 | $4,058.55 | $0 |
| Debt Secured by Vehicle | $17,083.00 | $17,083.00 | $142.00 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $120,980.75 | $21,141.55 | $142.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $9,718.01 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,488.35 |
| Disbursements to Creditors | $21,283.55 |
| **TOTAL DISBURSEMENTS:** | $25,771.90 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: August 17, 2010     By: /s/ MARILYN O. MARSHALL
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.